# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff* § § § | |
| **v.** § § | Case No. 1:21-cr-00256-RP-8 |
| **ANDRES RUBEN RAMIREZ (8),** *Defendant* § § | |

### Order on Motion to Appoint New Counsel

Now before the Court is Defendant Andres Ruben Ramirez's Motion to Appoint New Counsel, filed September 19, 2022 (Dkt. 237). The District Court referred the Motion to the undersigned Magistrate Judge for resolution (Dkt. 239).

On October 11, 2022, the Court held a hearing on the Motion, during which counsel Joseph T. Marcee agreed that new counsel may help Mr. Ramirez's case move forward. Having considered the Motion and statements by Mr. Ramirez and Mr. Marcee during the hearing, the undersigned finds that there is good cause to appoint new counsel, and that Defendant has received notice.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Appoint New Counsel (Dkt. 237) is **GRANTED**. Joseph T. Marcee is hereby **WITHDRAWN** and, consistent with the Court's Order Regarding Financial Status (Dkt. 56), **Hector Del Toro #05653700** is hereby **APPOINTED** as Defendant's counsel of record.

**IT IS FURTHER ORDERED** that this case be removed from the Magistrate Court's docket and returned to the docket of the Honorable Robert Pitman.

**SIGNED** on October 11, 2022.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE